UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLARENCE E. WALLESKE,
    Plaintiff,

-v-                                          Case: 4:24-cv-203-WS-MAF

RONTERRIOUS WILLIAMS,
and
JENNIFER LYONS,
    Defendants.
_____/

## MOTION TO HOLD IN ABEYANCE

Pursuant and in compliance with this Court's order dated October 22, 2024 Plaintiff, respectfully asks this Honorable court to hold in abeyance [1] Plaintiff's previously filed civil rights complaint until such time as he can exhaust all Florida Department of Corrections administrative remedies.[2]

Respectfully submitted,

/s/ Clarence E. Walleske
Clarence E. Walleske, Plaintiff, pro se
DC# G12264
Avon Park C.I., Work Camp
8100 Hwy. 64 East
Avon Park, FL 33825

PROVIDED TO AVON PARK
CORRECTIONAL INSTITUTION
ON 11/13/24 FOR MAILING
BY [signature]

FILED USDC FLND TL
NOV 18 '24 PM 2:56

---

[1] *See e.g.*, Edwards v. Balisok, 520 U.S. 641, 649 (1997) federal courts are permitted to stay or hold in abeyance, rather than dismiss, previously filed judicial proceedings pending exhaustion of remedies that are prerequisite to final adjudication of previously filed proceedings.

[2] As a pro se inmate litigant, when DOC officials were non-responsive to his grievances he started his own administrative process. See Court Order 10.22.24, pages 5-6.

Clarence Walleske # G12264
Avon Park Work Camp
8100 Hwy. 64 East
Avon Park, Florida 33825

TAMPA FL 335
15 NOV 2024 PM 4 L
FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 33825
02 7W
0008035327 NOV. 14 2024
$ 000.69⁰

United States District Court Clerk
111 North Adams Street
Suite 322
Tallahassee, Florida
32301-7717

32301-773097

LEGAL MAIL

PROVIDED TO AVON PARK
CORRECTIONAL INSTITUTION
ON 11/13/24 FOR MAILING
BY