UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLARENCE E. WALLESKE,
    Plaintiff,

vs.    Case: # 4:24-cv-203-WS-MAF

RONTERRIOUS WILLIAMS,
    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

    Pursuant and in compliance with this Honorable Court's order dated on November 20, 2024, Plaintiff, respectfully asks this Honorable Court to honor my "Notice of Voluntary Dismissal" so that Plaintiff can exhaustion requirement under the PLRA to exhaust his administrative remedies. Plaintiff also asks this Honorable Court to please not to prejudice him, so that he can do so and to refile this case after exhausted his remedies.

    Respectfully submitted,
    *Clarence E. Walleske*, Plaintiff,
    pro se #G12264, Clarence E. Walleske
    Avon Park Work Camp
    8100 Hwy. 64 East
    Avon Park, Florida 33825

PROVIDED TO AVON PARK CORRECTIONAL INSTITUTION ON 12/19/24 FOR MAILING BY ___

USDC FLND TL
DEC 24 '24 PM 4:13

Clarence E. Walleske, # G12264
Avon Park Work Camp
8100 Hwy. 64 - East
Avon Park, Florida 33825

TAMPA FL 335
20 DEC 2024 PM 4 L
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 33825 $ 000.69⁰
02 7W
0008035327 DEC 20 2024

DEC 2 4 2024

United States District Court
Northern District of Florida
111 North Adams Street
Suite 322
Tallahassee, Florida 32301-7717

32301-773097

LEGAL MAIL



PROVIDED TO AVON PARK
CORRECTIONAL INSTITUTION
ON 12/19/24 FOR MAILING
By