# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CLARENCE E. WALLESKE,**

     **Plaintiff,**

**vs.**                                                   **Case No. 4:24cv203-WS-MAF**

**RONTERRIOUS WILLIAMS,**
**ans JENNIFER LYONS,**

     **Defendants.**
_____/

## O R D E R

Plaintiff, an inmate proceeding pro se and with in forma pauperis status, previously filed a motion to hold this case in abeyance.  ECF No. 25.  Plaintiff sought to stay this case so he could exhaust administrative remedies with the Department of Corrections.  *Id.*  Plaintiff's motion was denied and the Order explained that inmates must exhaust all available administrative remedies prior to filing a civil rights case pursuant to 42 U.S.C. § 1997e(a).  ECF No. 26.  Because exhaustion is "a pre-condition to suit," Plaintiff could not be granted a continuance so he could belatedly pursue administrative remedies.  *Id.*

Plaintiff has now filed a notice of voluntary dismissal.  ECF No. 28.

He seeks to dismiss this case so that it may be refiled after Plaintiff

exhausts administrative remedies.  *Id.*

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that an action

may be dismissed without an order of the court by filing a notice of

dismissal at any time before the adverse party serves his answer, or files a

motion for summary judgment.  Plaintiff's notice of voluntary dismissal is

appropriately accepted under Rule 41(a) since no Defendant had yet been

served with process.  Although Plaintiff's notice is effective without an

order, *see* Fed. R. Civ. P. 41(a)(1)(A), Anago Franchising, Inc. v. Shaz,

LLC, 677 F.3d 1272 (11th Cir. 2012), this Order confirms that the case has

been dismissed without prejudice.  The Clerk must close the file.

Accordingly, it is **ORDERED:**

1.  Plaintiff's notice of voluntary dismissal, ECF No. 28, filed pursuant

to Rule 41(a)(1)(A)(i), is **ACCEPTED**.

2.  The Clerk of Court shall administratively close this case.

**DONE AND ORDERED** on January 3, 2025.

**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**